STATE v. McARTHUR

[363 N.C. 253 (2009)]

STATE OF NORTH CAROLINA v. AMY REBECCA McARTHUR

No. 363PA08

(Filed 1 May 2009)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous, unpublished decision of the Court of Appeals, 191 N.C. App. —, 662 S.E.2d 579 (2008), finding no prejudicial error at a trial resulting in a judgment entered 6 February 2007 by Judge Lindsay R. Davis, Jr. in Superior Court, Randolph County, following a jury verdict finding defendant guilty of voluntary manslaughter. Heard in the Supreme Court 1 April 2009.

*Roy Cooper, Attorney General, by Thomas J. Ziko, Senior Deputy Attorney General, for the State.*

*Mark Montgomery for defendant-appellant.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.